**UNITED STATES PROBATION
AND PRETRIAL SERVICE**

# MEMORANDUM

**DATE:** October 26, 2015

**TO:** Honorable Jonathan W. Feldman
U.S. Magistrate Judge

**FROM:** Xochitl M. Morales
U.S. Probation Officer

**SUBJECT:** Alyssa Sprague
6:14-CR-06136-006
Travel Request

On October 1, 2014 the above named defendant was released on personal recognizance with pretrial supervision.

The defendant is requesting travel to visit her family as well as attend a school event at a school she is interested in enrolling. She is requesting travel from October 30, 2015 to November 1, 2015. She plans to travel with a friend who is also traveling to the area. During her stay in Boston the defendant plans to stay with a cousin. Ms. Sprague has complied with the conditions of pretrial supervision, including monthly reports, providing negative urine screens, maintaining employment and attending an educational program.

Given her ongoing compliance, the probation office does not oppose this request. AUSA Rodriguez does not have any objections.

____X____   Travel Request Approved

_____   Travel Request Denied

Honorable Jonathan W. Feldman
U.S. Magistrate Judge